UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

DARDEN RESTAURANTS, INC., GMRI, Inc. d/b/a OLIVE GARDEN, WILLIS REINKE, in his individual and professional capacities, and AMERICAN ARBITRATION ASSOCIATION, INC.,

     v

NIMALI SONDEL and JAMS, INC.,

Civil No. 3:15CV1138(SRU)

## JUDGMENT

This action came on for consideration on defendant's motion to dismiss before the Honorable Stefan R. Underhill, United States District Judge. On October 15, 2015, an order entered granting defendant's motion to compel arbitration by JAMS, Inc., granting defendant's motion for injunctive relief, denying petitioner's petition to compel, and denying as moot defendant's motion to dismiss the petitioner's petition.

It is therefore **ORDERED**, **ADJUDGED and DECREED** that judgment is entered for the defendants Nimali Sondel and JAMS, Inc., and the case is closed.

Dated at Bridgeport, Connecticut, this 3rd day of December, 2015.

ROBIN D. TABORA, CLERK

By: /s/ Rochelle Jaiman
Deputy Clerk

EOD:  12/3/15